**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
|     JAMES EDWARD WHITE, III | : | **CASE NO.  A18-57482-JRS** |
| | : | |
|     **DEBTOR** | : | |

**NOTICE RESCHEDULING SECTION 341 MEETING**
**OF CREDITORS AND CONFIRMATION HEARING**

    Notice is hereby given that the **§341 Meeting of Creditors and Meeting with Trustee** in the above-referenced Chapter 13 case has been **rescheduled** and shall take place:

AT:        The Office of Nancy J. Whaley
               Standing Chapter 13 Trustee
               SunTrust Garden Plaza, Suite 120
               303 Peachtree Center Avenue, NE
               Atlanta, GA  30303

**ON:**      **July 13, 2018**
**AT:**      **11:00 a.m.**

    Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been **rescheduled** and shall take place:

AT:        Richard B. Russell Federal Building
               75 Ted Turner Drive, S.W.
               Courtroom – 1404
               Atlanta, GA  30303

**ON:**      **August 7, 2018**
**AT:**      **10:00 a.m.**

                                   Respectfully submitted,

                                   __/s/_____
                                   Maria C. Joyner,
                                   Attorney for Chapter 13 Trustee
                                   GA Bar No. 118350
                                   303 Peachtree Center Ave., NE, Suite 120
                                   Atlanta, GA  30303
                                   (678) 992-1201

## CERTIFICATE OF SERVICE

Case No: A18-57482-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice Rescheduling Section 341 Meeting of Creditors and Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JAMES EDWARD WHITE, III
1168 CATALINA COURT
MARIETTA, GA 30066

### (ALL CREDITORS ARE LISTED ON THE ATTACHED PAGE)

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Notice Rescheduling Section 341 Meeting of Creditors and Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com


This the 31st day of May, 2018.


/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

```
Label Matrix for local noticing          Amca                                      American Express National Bank
113E-1                                    2269 S Saw Mill                           c/o Becket and Lee LLP
Case 18-57482-jrs                         Elmsford, NY 10523-3832                   PO Box 3001
Northern District of Georgia                                                        Malvern  PA 19355-0701
Atlanta
Wed May 30 13:58:20 EDT 2018

Amex                                      (p)CAPITAL ONE                            Cba Of Ga Inc
Po Box 297871                             PO BOX 30285                              64 Sailors Dr Ste 102
Fort Lauderdale, FL 33329-7871            SALT LAKE CITY UT 84130-0285              Ellijay, GA 30540-3744


Chase Card                                Discover Fin Svcs Llc                     GA Dept of Revune
Po Box 15298                              Po Box 15316                              1800 Century Center Blvd NE
Wilmington, DE 19850-5298                 Wilmington, DE 19850-5316                 Atlanta, GA 30345-3205


Internal Revenue Service                  Midland Funding                           Navy Federal Cr Union
PO Box 7346                               2365 Northside Dr Ste 30                  820 Follin Lane
Philadelphia, PA 19101-7346               San Diego, CA 92108-2709                  Vienna, VA 22180-4907


Navy Federal Cr Union                     PRA Receivables Management, LLC           Lucretia Lashawn Scruggs
Po Box 3700                               PO Box 41021                              Shapiro Pendergast & Hasty
Merrifield, VA 22119-3700                 Norfolk, VA 23541-1021                    211 Perimeter Center Parkway, Suite 300
                                                                                    Atlanta, GA 30346-1305


Howard P. Slomka                          Syncb/lowes                               Synchrony Bank
Slipakoff & Slomka, PC                    Po Box 965005                             c/o PRA Receivables Management, LLC
Overlook III - Suite 1700                 Orlando, FL 32896-5005                    PO Box 41021
2859 Paces Ferry Rd, SE                                                             Norfolk, VA 23541-1021
Atlanta, GA 30339-6213


Thd/cbna                                  U S Dept Of Ed/Gsl/Atl                    U. S. Attorney
Po Box 6497                               Po Box 4222                               600 Richard B. Russell Bldg.
Sioux Falls, SD 57117-6497                Iowa City, IA 52244                       75 Ted Turner Drive, SW
                                                                                    Atlanta GA 30303-3315


Nancy J. Whaley                           James Edward White III
Nancy J. Whaley, Standing Ch. 13 Trustee  1168 Catalina Court
303 Peachtree Center Avenue               Marietta, GA 30066-2850
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One
15000 Capital One Dr
Richmond, VA 23238
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Navy Federal Credit Union

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23